# EXHIBIT B

**VICE SPORTS**

socialite when you would see him in the papers getting out of limousines with fine women on his arms, sharp as a tack.

"But when he was training for a fight, he didn't have no women around him that anybody knew of, and when he got into the ring with someone to fight, he never smiled like he did in those pictures everybody saw of him. When he was in the ring, he was serious, all business."

As a strung-out junkie who had already tried and failed to quit dope, Davis found inspiration in that level of dedication and commitment in the mid-fifties. And he decided to try to turn his life around again.

"I really kicked my habit because of the example of Sugar Ray Robinson; I figured if he could be as disciplined as he was, then I could do it, too," Davis wrote.



THIS GOAL, BY WAY OF FLYING UKRAINIAN SCORPION KICK, IS UNREAL



With Sugar Ray in his mind as a "hero image," Davis went back to New York to get his life in order. Once he was clean, he decided to take another step closer to Sugar Ray-ness in order to stay that way: he took up boxing.

After he managed to convince boxing trainer Bobby McQuillen that he was clean, the pair began working together, both at the aforementioned Gleason's Gym and at Silverman's Gym in Harlem.

"Sugar Ray used to train there," Davis wrote about Silverman's in his book. "And when he came to train, everybody would stop what they were doing and check him out."

When he wasn't watching his idol, Davis was learning the ropes from McQuillen, learning to move like and focus like a fighter. His time at the gym kept his mind sound, his body

Robinson was the most important thing in his life next to music.

"I always loved boxing, but I really loved and respected Sugar Ray, because he was a great fighter with a lot of class and cleaner than a motherfucker," the musician wrote in his 1989 **autobiography**. "He was handsome and a ladies' man, he had a lot going for him.

"In fact, Sugar Ray was one of the few idols that I ever had. Sugar Ray looked like a socialite when you would see him in the papers getting out of limousines with fine women on his arms, sharp as a tack.

"But when he was training for a fight, he didn't have no women around him that anybody knew of, and when he got into the ring with someone to fight, he never smiled like he did in those pictures everybody saw of him. When he was in the ring, he was serious, all business."

As a strung-out junkie who had already tried and failed to quit dope, Davis found inspiration in that level of dedication and commitment in the mid-fifties. And he decided to try to turn his life around again.

"I really kicked my habit because of the example of Sugar Ray Robinson. I figured if he could be as disciplined as he was, then I could do it, too," Davis wrote.



With Sugar Ray in his mind as a "hero image," Davis went back to New York to get his life in order. Once he was clean, he decided to take another step closer to Sugar Ray-ness in order to stay that way; he took up boxing.

After he managed to convince boxing trainer Bobby McQuillen that he was clean, the pair began working together, both at the aforementioned Gleason's Gym and at Silverman's Gym in Harlem.

"Sugar Ray used to train there," Davis wrote about Silverman's in his book. "And when he came to train, everybody would stop what they were doing and check him out."

When he wasn't watching his idol, Davis was learning the ropes from McQuillen, learning to move like and focus like a fighter. His time at the gym kept his mind sound, his body healthy, and his musicianship stronger than ever before.

The jazzman brought a boxer's work ethic to his music, eschewing sex and food before a performance like he was preparing for a fight. And he brought a musician's rhythm to the ring.

"For many years afterward, he skipped rope, did floor exercises and worked the speedbag with bebop phrasing and triple-tongue rhythms, and for breath and endurance he threw himself into the heavy bag with bass drum explosions," John Szwed wrote in his 2002 biography **So What The Life of Miles Davis**.

Davis writes about the similarities between music and boxing at some length in his autobiography, comparing the ways that boxers and musicians develop muscle memory, their mindsets, and their style.

"Boxing's got style like music's got style," he mused. "Joe Louis had a style. Ezzard Charles had a style. Henry Armstrong had a style. Johnny Bratton had a style, and Sugar Ray Robinson had his style—as did Muhammad Ali, Sugar Ray Leonard, and Marvelous Marvin Hagler, Michael Spinks, and Mike Tyson later. [...]











Michael Christopher Brown

**Fight Night at the Olympic: Classic Los Angeles Ringside Photography**
Theo Ehret

**Kingston Story: Boxing in the Backyards of Jamaica**
Jason Gould

More Photos